HERMAN RESCHKE, Respondent, *v.* SYRACUSE, LAKE SHORE AND NORTHERN RAILROAD COMPANY, Appellant.

*Reschke* v. *Syracuse, L. S. & N. R. R. Co.,* 155 App. Div. 48, affirmed.

(Argued May 7, 1914; decided June 9, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 10, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*William Nottingham* for appellant.

*W. J. McClusky* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, MILLER and CARDOZO, JJ. Dissenting: WERNER, COLLIN and CUDDEBACK, JJ.